UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

APA Optics, Inc.,

Plaintiff,

v.

Mohammed Asif Khan and
Jinwei Yang,

Defendants.

Court File No: 0:02CV51 (PAM/JSM)

**STIPULATION OF DISMISSAL WITH PREJUDICE AND ORDER**

IT IS STIPULATED AND AGREED by and between the parties hereto, through their respective counsel, that plaintiff's Complaint and all claims contained therein may be dismissed with prejudice and without costs to any party.

IT IS FURTHER STIPULATED that any party may, forthwith and without notice to any other party, apply to the Court for an order for dismissal in accordance herewith.

MOSS & BARNETT
A Professional Association

Dated: April 25, 2003

By: [signature]
David P. Jendrzejek
Atty. No. 49888
Attorneys for Plaintiff
4800 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402-4129
Telephone: (612) 347-0300

FILED MAY 07 2003
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD______
DEPUTY CLERK______

ROBINS, KAPLAN, MILLER & CERISI L.L.P.

Dated: May 5, 2003

By: Thomas B. Hatch
Thomas B. Hatch
Atty. No. 150939
Attorneys for Defendants
2800 LaSalle Plaza
800 LaSalle Avenue
Minneapolis, MN 55402-2015
Telephone: (612) 349-8206

## ORDER FOR DISMISSAL

Upon the foregoing stipulation,

IT IS HEREBY ORDERED that plaintiff's Complaint and all claims contained therein shall be and the same are dismissed with prejudice and without costs to any party.

Dated: May 7, 2003

Paul A. Magnuson
United States District Court Judge